Sara B. Allman, Esq. CSB #107932
■ALLMAN & NIELSEN, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:  415.461.2726
E-Mail:    all-niel@comcast.net

Attorney for Defendants
ALEXANDER THA SAN, INDIVIDUALLY AND DBA
CHESTNUT STREET COFFEE ROASTERY; PETER J.
PLESSAS AND PAULA M. PLESSAS (ERRONEOUSLY
SUED AS PAUL M. PLESSAS), TRUSTEES OF THE
JOHN P. PLESSAS REVOCABLE INTER VIVOS TRUST
AGREEMENT DATED FEBRUARY 23, 2000

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, AN INDIVIDUAL,<br><br>    Plaintiff,<br>   vs.<br><br>CHESTNUT STREET COFFEE ROASTERY; ALEXANDER THA SAN, AN INDIVIDUAL DBA CHESTNUT STREET COFFEE ROASTERY; PETER J. PLESSAS AND PAUL M. PLESSAS, TRUSTEES OF THE JOHN P. PLESSAS REVOCABLE INTER VIVOS TRUST AGREEMENT DATED FEBRUARY 23, 2000,<br><br>    Defendants. | Case No.:  CV103581-CW<br><br>**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON** |

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-1-

Plaintiff CRAIG YATES and defendants ALEXANDER THA SAN, an individual dba CHESTNUT SRTEET COFFEE ROASTERY; PETER J. PLESSAS and PAULA M. PLESSAS, Trustees of the JOHN P. PLESSAS REVOCABLE INTER VIVOS TRUST AGREEMENT dated FEBRUARY 23, 2000, by and through their respective counsel, respectfully request and stipulate, as follows:

1. Whereas, due to scheduling conflicts the parties are unable to conduct the joint site inspection of the premises by November 22, 2010, as Ordered by General Order 56;

2. Whereas, the parties are scheduled to conduct the joint site inspection of the subject premises on December 2, 2010; and

3. Whereas, in light of the above, plaintiff CRAIG YATES and defendants ALEXANDER THA SAN, an individual dba CHESTNUT STREET COFFEE ROASTERY; PETER J. PLESSAS and PAULA M. PLESSAS, Trustees of the JOHN P. PLESSAS REVOCABLE INTER VIVOS TRUST AGREEMENT dated FEBRUARY 23, 2000, agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including DECEMBER 19, 2010.

**IT IS STIPULATED**.

Respectfully submitted,

Dated: November 17, 2010                                     ALLMAN & NIELSEN, P.C.

By: _____/s/_____
Sara B. Allman
Attorney for Defendants
ALEXANDER THA SAN,
INDIVIDUALLY AND DBA
CHESTNUT STREET COFFEE
ROASTERY; PETER J. PLESSAS
AND PAULA M. PLESSAS
(ERRONEOUSLY SUED HEREIN AS
PAUL M. PLESSAS), TRUSTEES OF
THE JOHN P. PLESSAS
REVOCABLE INTER VIVOS TRUST
AGREEMENT DATED FEBRUARY
23, 2000

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

| | |
|---|---|
| Dated: November 17, 2010 | THOMAS E. FRANKOVICH<br>A PROFESSIONAL LAW CORP.<br><br>By: _____/s/_____<br>Thomas E. Frankovich<br>Attorney for Plaintiff<br>CRAIG YATES |

### ORDER

IT IS ORDERED that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including December 19, 2010.

Dated: __November 19____, 2010    _____/s/ Claudia Wilken_____
Honorable Claudia Wilken
United States District Judge

---

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON**

-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726